PATRICK SHEAHAN, Appellant, *v.* THE NATIONAL STEAMSHIP COMPANY (Limited), Respondent.*

(Argued April 13, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 18, 1892, which overruled plaintiff's exceptions to the rulings of the judge at Circuit, who dismissed the complaint and granted a new trial.

*Dennis Sheahan* for appellant.

*John Chetwood* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

CHAUNCEY H. SKIDMORE, Respondent, *v.* ANCHOR BREWING COMPANY, Appellant.

(Argued April 13, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 13, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William G. Valentine* for appellant.

*Augustus M. Price* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

*Reported below, 66 Hun, 48.